JAMES E. METCALF V. STATE

No. 25629. January 9, 1952.

Hon. A. A. Dawson, Judge Presiding.

*Bert Ashby,* Dallas, for appellant.

*George P. Blackburn,* State's Attorney, Austin, for the state.

MORRISON, Judge.

The offense is burglary; the punishment, four years.

No statement of facts accompanies the record.

Bill of Exception No. 1 is to the admission of testimony. There is no showing in the bill as to what the testimony com-

plained of was. The bill does not show that any objectionable testimony was admitted and, therefore, presents nothing for review. Tex. Dig. Crim. Law 1120(4).

Bill of Exception No. 2 seeks to attack the sufficiency of the evidence to support the verdict. We cannot pass upon such a bill without a statement of facts.

What we have said in discussing Bill of Exception No. 2 applies to Bill of Exception No. 3, wherein appellant complains of absence of corroboration of the accomplice's testimony.

Finding no reversible error, the judgment of the trial court is affirmed.